IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDA ASAMOAH, *et al.* | : | |
| | : | C.A. No. 1:19-cv-02119-CFC |
| Plaintiffs, | : | |
| | : | NON-ARBITRATION CASE |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| JNJ EXPRESS, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION TO CONSOLIDATE RELATED MATTERS

It is hereby stipulated and agreed by the undersigned parties, that currently before the Court are multiple lawsuits stemming from a motor vehicle accident which occurred on September 24, 2019; those matters being styled, *Linda Asamoah, et al. v. JNJ Express, Inc., et al.*, C.A. No. 1:19-cv-02119-CFC, *Lisa Frankel, et al. v. JNJ Express, Inc., et al.*, C.A. No. 1:19-cv-02186-CFC, and *Daniel Jason, et al. v. JNJ Express, Inc., et al.*, C.A. No. 1:19-cv-02311-CFC.

The parties, by and through undersigned counsel, and subject to this Honorable Court's approval, hereby stipulate and agree that the aforementioned lawsuits be consolidated, for discovery purposes only, under the lead caption *Linda Asamoah, et al. v. JNJ Express, Inc., et al.*, C.A. No. 1:19-cv-02119-CFC.

| **DALTON & ASSOCIATES, P.A.** | **SALMON, RICCHEZZA, SINGER & TURCHI, LLP** |
|---|---|
| /s/ Drew C. Dalton | /s/ Justin P. Callaway |
| Drew C. Dalton, Esq. (DE ID #5878) | Justin P. Callaway, Esquire (DE ID #4974) |
| Cool Spring Meeting House | 222 Delaware Avenue, 11th Floor |
| 1106 West Tenth Street | Wilmington, Delaware 19801 |
| Wilmington, DE 19806 | Phone: (302) 655-1136 |
| Phone: (302) 652-2050 | Fax: (302) 655-4291 |
| Fax: (302) 652-0687 | *Attorney for Defendants JNJ Express, Inc.* |

| | |
|---|---|
| *Attorney for Plaintiffs Linda Asamoah, individually and a/n/f and Guardian Ad Litem for JAO and BAO, minors; The Estate of RAO; and Patrick K. Owusu, individually, as Administrator of the Estate of RAO, and a/n/f and Guardian Ad Litem for JAO and BAO, minors* | *and Brian Keith Winningham* |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **CICONTE SCERBA, LLC** |
| /s/ Timothy E. Lengkeek | /s/ Adam F. Wasserman |
| Timothy E. Lengkeek, Esq. (DE ID #4116) | Adam F. Wasserman, Esq. (DE ID #5814) |
| Rodney Square | 1300 King Street |
| 1000 N. King Street | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-7101 |
| Phone: (302) 571-6605 | *Attorney for Plaintiffs Daniel Jason and Susan Jason* |
| *Attorney for Plaintiffs Lisa Frankel, individually and as the personal representative of The Estate of Albert Frankel, and Bethany Frankel* | |

IT IS SO ORDERED this 28th day of January, 2020.

_____
J.